IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR. No. 25-cr-20325-SHL |
| | ) | |
| v. | ) | 8 U.S.C. § 1325(a)(2) |
| | ) | 8 U.S.C. § 1326(a) |
| JOSE FELIPE BAEZA-GARCIA, | ) | 18 U.S.C. § 2 |
| And | ) | 21 U.S.C. § 841(a)(1) |
| ALAN DEANDA-MARTINEZ, | ) | 21 U.S.C. § 846 |
| | ) | |
| Defendants. | ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1

Beginning at a time unknown to the Grand Jury, but from at least September 19, 2025, through at least on or about October 22, 2025, in the Western District of Tennessee and elsewhere, the defendants,

**JOSE FELIPE BAEZA-GARCIA
and
ALAN DEANDA-MARTINEZ**

did unlawfully, knowingly and intentionally conspire, confederate and agree with each other and persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally possess with the intent to distribute in excess of 50 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## COUNT 2

Between on or about October 21 and 22, 2025, in the Western District of Tennessee, the defendants,

**JOSE FELIPE BAEZA-GARCIA**
**and**
**ALAN DEANDA-MARTINEZ**

each aiding and abetting the other, did unlawfully, knowingly, and intentionally possess with the intent to distribute in excess of 50 grams of methamphetamine, a Schedule II controlled substance in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 3

On or about October 22, 2025, in the Western District of Tennessee and elsewhere, the defendant,

**ALAN DEANDA-MARTINEZ**

an illegal alien, was found in the United States and after having been denied admission, excluded, deported and removed therefrom on or about March 22, 2024, at or near Laredo, Texas, and without having obtained the express consent of the Secretary of Homeland Security to reapply for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

## COUNT 4

Beginning at a time unknown to the grand jury, and continuing to on or about October 22, 2025, in the Western District of Tennessee and elsewhere, the defendant,

**JOSE FELIPE BAEZA-GARCIA**

2

an illegal alien, did knowingly elude examination and inspection by immigration officers until his apprehension by law enforcement authorities in the Western District of Tennessee, in violation of Title 8, United States Code, Section 1326(a)(2).

A TRUE BILL:

_____
FOREPERSON

DATED: __November 13, 2025__

DAVID DUNAVANT

Digitally signed by DAVID DUNAVANT
Date: 2025.11.10 15:17:44 -06'00'

_____
**D. MICHAEL DUNAVANT**
**UNITED STATES ATTORNEY**
**WESTERN DISTRICT OF TENNESSEE**